[Civ. No. 2051.   Fourth Appellate District.—November 16, 1938.]

C. W. JACQUES, Respondent, v. STANDARD OIL COMPANY OF CALIFORNIA (a Corporation) et al., Appellants.

Wright, Monroe, Thomas & Glenn and Wright, Monroe & Harden for Appellants.

Harvey H. Atherton and Dempster McKee for Respondent.

WARMER, J., *pro tem.*— The questions presented on this appeal are identical with those presented in the case of *Pacific Indemnity Co., a Corporation, et al., v. California Electric Works, Ltd., a Corporation, et al.,* (*ante,* p. 260 [84 Pac. (2d) 313]), and were therein determined adversely to the appellants herein.

On the authority of that case the judgment is affirmed.

Barnard, P. J., and Marks, J., concurred.

A petition by appellants to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on January 12, 1939.